## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Edward L. Christien
AVC, Cajun-2 D-2 DOC # 485782
1630 Prison Road
Cottonport, LA 71327

### REHEARING ACTION: May 11, 2016

**Docket Number: 15   01105-KH**

**STATE OF LOUISIANA**
**VERSUS**
**EDWARD L. CHRISTIEN**

**Writ Application from Calcasieu Parish Case No. 10125-07**

**BEFORE JUDGES:**

> Hon. Elizabeth A. Pickett
> Hon. Shannon J. Gremillion
> Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Edward L. Christien** is:

> **REHEARING DENIED**.  Uniform Rules—Courts of Appeal, Rule 2-18.2(A)
> and Rule 4-9.

cc: John Foster DeRosier, Counsel for  the Respondent